IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*********************************************

UNITED STATES OF AMERICA

v.

Cr. No. 07-CR-290 (FJS)

ROXANE LECLERC,

Defendant.

*********************************************

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses, with prejudice, Counts One and Two of Indictment No. 07-CR-290 (FJS), against Defendant Roxane LeClerc.

The reason for this dismissal is:

___ Case transferred to another District

___ Speedy Trial Act

___ Defendant's cooperation

___ Insufficient evidence at this time

_X_ Other:  Further prosecution is not in the best interest of the United

States.  Therefore, the government seeks to dismiss the indictment in the above-captioned matter with prejudice.

With respect to this dismissal, defendant:

__X__   Consents

____    Objects

____    Has not been consulted

This dismissal is with prejudice.

                        ANDREW T. BAXTER
                        United States Attorney

       By:   /s/ Thomas A. Capezza
               Thomas A. Capezza
               Assistant U.S. Attorney
               Bar Roll No. 503159

Leave of Court is granted for the filing of the foregoing dismissal.

Dated: 9/14/09
~~Albany~~, New York
Syracuse

_____
Hon. Frederick J. Scullin, Jr.
Senior United States District Court Judge
Northern District of New York

3